Romen + virginia colter

V.

Rosemary marquez

Distric court Judge who
Takes the Place of Known
crooket 25,000 car Dealer Fraud.

only
notice of Intent

CV 18-0242 TUC ▬▬ JR

No Respect of Justice !

ET; AL;

Robert. S mueller
Because; Has Not Filed criminal charges
good Will 12-01-2018.

FILED          LODGED
RECEIVED       COPY

MAY    9 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
                    DEPUTY

ET; AL:

other court official To Be added Latter
That want To Help chapman chevrolet,
By Takening His Place On a 2nd Hundred
million dollar Law Suit.

This Is a New case with all New
Defendent. If I, Get a Judgement will
Sell For Half To anyone Becau No offer made.

This How I will File
But where ???

Romn Colter
05-06-2018